CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 27 2022

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| RAVEN VAN DEN BOSCH, | ) |
| Plaintiff. | ) |
| v. | ) Civil Action No., 4:21CV00040 |
| LAUREN ELIZABETH GORDON, | ) |
| Defendant. | ) |

**ORDER MODIFYING SCHEDULING ORDER**

On this day came the parties, on their joint Motion to Modify Scheduling Order entered in this matter. Dkt. 23. The parties having indicated that they do not intend to file any dispositive motions or Daubert motions, the motion is **GRANTED** and the deadlines are amended as follows:

    Plaintiff's expert disclosures - 120 days prior to trial

    Respondent expert disclosures – 90 days prior to trial

    Plaintiff's rebuttal expert disclosures – 75 days prior to trial

    Completion of all discovery – 45 days prior to trial

All other deadlines in the Scheduling Order shall remain unchanged.

Entered this 27th day of June, 2022.

                                        *Robert S. Ballou*
                                            Judge